993 A.2d 874

**Francis JOYCE and Kelly Joyce, h/w**

v.

**Glenn HOROWITZ, M.D.; Surgical Services, Ltd.; FHCS Physician Services; The Frankford Hospital of the City of Philadelphia t/a Frankford Hospital/Torresdale Division; and Frankford Health Care System, Inc.**

**Petition of The Frankford Hospital of the City of Philadelphia–Torresdale Division.**

**No. 14 EM 2010.**

Supreme Court of Pennsylvania.

April 29, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of April, 2010, the Petition for Allowance of Appeal, treated as an Application for Relief per Pa.R.A.P. 123, is **DENIED.**